| | |
|---|---|
| ✎PROB 22 (Rev. 01/24) | DOCKET NUMBER *(Tran. Court)*<br>2:20-CR-00429-JAK |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)*<br>2:24-cr-00271-APG-DJA |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Mr. Nasrullah Jan Sahaf<br>925 Wagner Valley Street<br>Henderson, Nevada 89052 | Central of California | Western |
| | NAME OF SENTENCING JUDGE | |
| | John A. Kronstadt | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM May 5, 2023  TO May 4, 2026 |

*(Filed stamp: DEC 30 2024, CLERK, U.S. DISTRICT COURT DISTRICT OF NEVADA, BY: AMMi DEPUTY)*

**OFFENSE**
Mail Fraud

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Mr. Sahaf was approved to relocate to Henderson, Nevada, where he has significant familial ties and employment. He has been compliant with the conditions of his supervised release thus far.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   CENTRAL   DISTRICT OF   CALIFORNIA

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>District of Nevada</u> upon that Court's order of acceptance of jurisdiction.   This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

*December 19, 2024*            *(signature)*
Date                            United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   DISTRICT OF   Nevada

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*December 31, 2024*            *(signature)*
Effective Date                     United States District Judge

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Nasrullah Jan Sahaf
Case No.:  TO BE ASSIGNED

**REQUESTING ACCEPTANCE OF JURISDICTION**

December 23, 2024

TO:    United States District Judge

Nasrullah Jan Sahaf was sentenced in the Central District of California by the Honorable Judge John Kronstadtnv to a term of 18 months imprisonment followed by 36 months of supervised release for the offense of Mail Fraud. Sahaf commenced supervision in the District of Nevada on May 5, 2023.

Sahaf has no intention of returning to the Central District of California. As such, the Probation Office recommends that the Court accept jurisdiction of the case. As noted by his signature on the attached Transfer of Jurisdiction form (Prob 22), U.S. District Court Judge John Kronstadt has agreed to relinquish jurisdiction. Should the Court agree with this request, the Transfer of Jurisdiction form is attached for your Honor's signature.

If you should have any questions, please contact the undersigned officer at (702) 527-7266.

Respectfully submitted,

*Briana Casey*
Digitally signed by Briana Casey
Date: 2024.12.30 09:51:02 -08'00'

Briana Casey
United States Probation Officer

Approved:

*Donnette Johnson for*
Digitally signed by Donnette Johnson
Date: 2024.12.27 10:49:21 -08'00'

Joy Gabonia
Supervisory United States Probation Officer