# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>v.<br><br>NASRULLAH JAN SAHAF,<br><br>    Defendant | Case No.: 2:24-cr-00271-APG-DJA<br><br>**Order** |

I ORDER the United States of America and the Probation Office to respond to defendant Jan Sahaf's motion to modify conditions of release (ECF No. 7) by February 18, 2025. Sahaf may file a reply by February 20, 2025.

DATED this 12th day of February, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE