# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff<br><br>v.<br><br>NASRULLAH JAN SAHAF,<br><br>　　　Defendant | Case No.: 2:24-cr-00271-APG-DJA<br><br>**Order Granting Motions to Travel and to Seal**<br><br>[ECF Nos. 7, 8] |

　　　Nasrullah Jan Sahaf moves for permission to travel to Saudi Arabia for 30 days beginning February 25, 2025. ECF No. 7. The Probation Office and U.S. Attorney oppose.

　　　Mr. Sahaf argues he needs to travel to Saudi Arabia as part of his work, and that Judge Krondstadt of the Central District of California has approved five prior requests. *Id*. at 2. Mr. Sahaf is being monitored on the Probation Office's "low-risk" caseload and is required to make only monthly reports. He has complied with the court's prior orders regarding travel. I find that his request is supported by good cause.

　　　I ORDER that Mr. Sahaf's motion to travel **(ECF No. 7) is granted**. Mr. Sahaf is permitted to travel to Saudi Arabia from February 25, 2025 to March 27, 2025. By February 21, 2025, he will provide to his probation officer his itinerary (including all flights and lodging locations) for his trip. While abroad, Mr. Sahaf will send by email to his Probation Officer a weekly status report of the work in Saudi Arabia he completed that week. By March 7, 2025, he will send by email to his Probation Officer an update of his projected earnings from the consulting work he does in Saudi Arabia both during this initial period and later ones if permitted. He will include a schedule for restitution payments he will make if those projected earnings are achieved. Upon his return from Saudi Arabia, Mr. Sahaf will meet with his

Probation Officer and discuss the status of the work, projections of earnings and restitution payments, and whether additional trips abroad will be required (and if so, the timing and duration).  If future trips are needed, he must explain when his training project will be completed so he will not need to travel as often or stay as long.  Mr. Sahaf states in his motion that once his "training is complete, he will not have to travel to Saudi Arabia so frequently or stay as long." ECF No. 7 at 2.  I therefore anticipate that few, if any, future trips abroad will be needed, so Mr. Sahaf should not expect permission to travel in the future.

      I FURTHER ORDER that Mr. Sahaf's motion to seal **(ECF No. 8) is granted**.  The documents filed at ECF No. 9 will remain under seal.

      DATED this 20th day of February, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE