**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| UNITED STATES OF AMERICA, | Case No.: 2:24-cr-00271-APG-DJA |
|---|---|
| Plaintiff | **Order Denying Motion for Recission of Restitution Order** |
| v. | |
| NASRULLAH JAN SAHAF, | [ECF No. 20] |
| Defendant | |

Nasrullah Jan Sahaf moves to rescind or reduce the amount of restitution he must pay. ECF No. 20. The United States Attorney opposes. ECF No. 22.

Restitution is mandatory, so I have no authority to rescind Sahaf's restitution requirement. 18 U.S.C. § 3663A(a)(1). At most, I can adjust the payment schedule based on a "material change" in Sahaf's economic circumstances. 18 U.S.C. § 3664(k). The sentencing judge was aware of Sahaf's health issues and need to provide for his family, yet still imposed restitution. Sahaf does not offer sufficient evidence of a material change to his financial condition since then. To the extent he has entered into a settlement agreement with the victim, there is no indication that the full amount has been paid and no guarantee it will be paid in the future. ECF No. 20 at 2 (Sahaf has "agreed to pay the remaining amount owed to" the victim).

I THEREFORE ORDER that Sahaf's motion to rescind the restitution order **(ECF No. 20) is denied.**

DATED this 19th day of September, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE